IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**                                                                                  **PLAINTIFF**
**ADC #142769**

v.                       **CASE NO. 4:21-CV-00536-BSM**

**TRENT SMITH,** *et al.*                                                        **DEFENDANTS**

## ORDER

After carefully reviewing the record and United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations (RD) [Doc. No. 6], the RD is adopted. Defendants Mary Lloyd and W. Washington are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 29th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE