## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMES WRIGHT,                                                                           PLAINTIFF
ADC #142769

v.                                            4:21CV00536-BSM-JTK

TRENT SMITH, et al.                                                                  DEFENDANTS

### ORDER

Plaintiff James Wright ("Plaintiff") has filed two Motions for Default Judgment against Defendant Trent Smith, the only remaining Defendant in this case. (Doc. Nos. 13, 14). As explained in further detail below, the Court now directs entry of default against Defendant Smith. The Court will hold Plaintiff's Motions (Doc. Nos. 13, 14) in abeyance pending a default judgment hearing.

On July 12, 2021, the Court ordered service on Defendant Smith. (Doc. No. 7). Summons was returned unexecuted, and the Court was provided a last known address that is maintained under seal. (Doc. No. 9). Service was then attempted at the address under seal. (Doc. No. 10). Summons was returned executed; Defendant Smith was served on November 4, 2021. (Doc. No. 11).

Because Defendant Smith had not filed a responsive pleading, on December 15, 2021 the Court entered an Order directing Defendant Smith to show cause why default should not be entered against him. (Doc. No. 12). On December 28, 2021, and January 3, 2022, Plaintiff filed his pending Motions for Default Judgment. (Doc. Nos. 13, 14). The Court's show cause Order and Plaintiff's Motions for Default Judgment were sent to Defendant Smith at Defendant Smith's last known address. (Doc. No. 15). The Court directed Defendant Smith to respond to Plaintiff's Motions within 21 days if he intended to respond. To date, Defendant Smith has not responded.

According to Federal Rule of Civil Procedure 55(a), the entry of default is appropriate when a party fails to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise. FED. R. CIV. P. 55(a). In light of the record before the Court, the Court will direct the entry of default against Defendant Smith.

While summons was returned executed, and all mail from the Court was sent to the same address at which service was made, there is no return receipt establishing that Defendant Smith received the Court's Orders directing him to respond. (Doc. Nos. 12, 15). As a final step before setting a default judgment hearing, the Court once more will serve Defendant Smith with all relevant filings.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court shall enter default against Defendant Smith.

2. The Clerk shall reissue summons for Defendant Trent Smith, and the United States Marshal shall personally serve a copy of: the summons; Plaintiff's Amended Complaint (Doc. No. 5); the Court's Show Cause Order (Doc. No. 12); Plaintiff's Motions for Default Judgment (Doc. Nos. 13, 14); the Court's Order directing a response to Plaintiff's Motions with 21 days (Doc. No. 15); and this Order upon Defendant Smith at the address provided under seal (Doc. No. 9), without prepayment of fees and costs or security therefore. The Marshal shall file with the Court the receipt of service of these documents signed by Defendant Smith.

IT IS SO ORDERED this 31st day of January, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE