IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**                                                                                    **PLAINTIFF**

v.                           CASE NO. 4:21-CV-00536-BSM

**TRENT SMITH**                                                                                     **DEFENDANT**
*Corporal, ADC*

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 42] is adopted in part. James Wright's official capacity claims against Trent Smith are dismissed without prejudice, the clerk's default against Smith is affirmed, and Wright's motions for default judgment [Doc. Nos. 13 & 14] against Smith in his individual capacity are granted.

The recommended disposition is rejected as to the one dollar damages award. Although it appears that Judge Kearney probably gave Wright a full opportunity to prove his damages during the default judgment hearing, the RD and hearing minutes [Doc. No. 41] do not clearly state that this is the case. This case is therefore remanded to Judge Kearney to hold a damages hearing or to explain that a damages hearing would be futile because Wright has already been given an opportunity to prove his damages.

IT IS SO ORDERED this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE