IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**                                                                                   **PLAINTIFF**

v.                                    **CASE NO. 4:21-CV-00536-BSM**

**TRENT SMITH**                                                                                  **DEFENDANT**
*Corporal, ADC*

### ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 46] is adopted. Judgment is entered against Trent Smith in the amount of one dollar ($1.00).

IT IS SO ORDERED this 13th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE