IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES WRIGHT**                                                                                    **PLAINTIFF**

v.                                 **CASE NO. 4:21-CV-00536-BSM**

**TRENT SMITH,**
*Corporal, ADC*                                                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, judgment is entered for James Wright against Trent Smith in the amount of one dollar ($1.00).

IT IS SO ORDERED this 13th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE